[Nos. 43472-5-II; 43479-2-II;   Division Two.   May 6, 2014.]
43482-2-II; 44900-5-II.

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER LAWRENCE OBERG, *Appellant*.

*In the Matter of the Personal Restraint of* SPENCER LAWRENCE OBERG, *Petitioner*.

Appeals from a judgment of the Superior Court for Pierce County, No. 10-1-03778-2, Edmund Murphy, J., entered November 15, 2011, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Bjorgen and Maxa, JJ.

[No. 43502-1-II.   Division Two.   May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNARD SANTOS CHARGUALAF, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00396-5, Amber L. Finlay, J., entered May 16, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Lee, JJ.